**SEALED**

McGREGOR W. SCOTT
United States Attorney
ADRIAN KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JUL 10 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

MARIO ALBERTO LOPEZ PENA and
FRANCISCO MADRIGAL MAGANA

CASE NO. 2:19-MJ 0106 CKD

[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS

**UNDER SEAL**

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that above-referenced case shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 7/10/2019

_____
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

SEALING ORDER